UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-00064-SMM

FILED BY____MB____D.C.
Jul 9, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

IN RE:

SEALED CRIMINAL COMPLAINT
_____/

### MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Complaint, arrest warrant, and any resulting order be SEALED until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Complaint, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Complaint become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: July 9, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
CARMEN M. LINEBERGER
Managing Assistant United States Attorney
Court ID No.: A5501180
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Carmen.Lineberger@usdoj.gov