UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-00064-MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAO YUAN LIU,

    Defendant.
_____/

NOTICE OF STRIKING [DE 10, 11 & 12]

The defendant, Cao Yuan Liu, through undersigned counsel, hereby gives notice to strike DE 10, 11 & 12.

                        Respectfully submitted,

                        HECTOR A. DOPICO
                        FEDERAL PUBLIC DEFENDER

By:   *s/**Renee M. Sihvola*
        Renee M. Sihvola
        Assistant Federal Public Defender
        Florida Bar Number: 116070
        109 North Second Street
        Fort Pierce, Florida 34950
        Tel: 772-489-2123
        E-Mail: Renee_Sihvola@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on July 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    *s/***Renee Sihvola**
       Renee Sihvola