UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-00064/MAYNARD

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**CAO YUAN LIU,**

    **Defendant.**
_____/

**PRETRIAL DETENTION ORDER**

Pursuant to 18 U.S.C. § 3142, commonly known as the Bail Reform Act of 1984, Defendant Cao Yuan Liu appeared before this Court on August 6, 2025, for a determination of whether he should be detained prior to trial. The Defendant is charged by Criminal Complaint possession of fifteen or more devices which are counterfeit or unauthorized access devices, that is, tampered gift cards, knowingly and with intent to defraud, in violation of 18 U.S.C. § 1029(a)(3). At the hearing, the Defendant stipulated to detention. The Court finds detention appropriate based on Defendant's stipulation and the Criminal Complaint. Should circumstances relevant to detention change, the Defendant may request a detention hearing before the undersigned at that time.

Accordingly, it is hereby **ORDERED** that the Defendant be remanded to the custody of the U.S. Marshals. The Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel, and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant

is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

  **DONE AND ORDERED** in Chambers at Fort Pierce, in the Southern District of Florida, this 11th day of August, 2025.

                     _____
                     **SHANIEK MILLS MAYNARD**
                     **UNITED STATES MAGISTRATE JUDGE**

s