UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-CR-14043 AMC/SMM</u>

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

CAO YUAN LIU and
LINGHAN CHEN,

        **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Possess 15 or More Counterfeit or Unauthorized Access Devices
### (18 U.S.C. § 1029(b)(2))

Beginning from at least in or around January 2024, and continuing through on or about December 17, 2024, in St. Lucie, Martin, Palm Beach, Broward, and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CAO YUAN LIU and
LINGHAN CHEN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly and with intent to defraud, possess, and use 15 or more counterfeit and unauthorized access devices, as defined in 18: U.S.C. § 1029(e), that is, a variety of tampered and untampered store gift cards, said conduct affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3), all in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2

**Possession of 15 or More Counterfeit or Unauthorized Access Devices**
**(18 U.S.C. §1029(a)(3) and (c)(1)(A)(i))**

On or about December 16, 2024, in Martin County, in the Southern District of Florida, the defendants,

**CAO YUAN LIU and**
**LINGHAN CHEN**

did knowingly, and with intent to defraud, possess 15 or more counterfeit and unauthorized access devices, as defined in 18: U.S.C. § 1029(e), that is, a variety of tampered and untampered store gift cards, said conduct affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(3), (c)(l)(A)(i) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants **CAO YUAN LIU and LINGHAN CHEN** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18,

United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

*Alexandra Chase* for
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-14043 AMC/SMM

v.

CAO YUAN LIU and
LINGHAN CHEN,
                    Defendants.
                                            /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☑ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Chinese
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Shaniek Mills Maynard   Magistrate Case No. 25-MJ-00064-SMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 7/22/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
CARMEN M. LINEBERGER
Assistant United States Attorney
SDFL Court ID No. 5501180

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CAO YUAN LIU

**Case No:** 25-CR-14043 AMC/SMM

Count #: 1

Conspiracy to Possess 15 or More Counterfeit or Unauthorized Access Devices, 18 U.S.C. § 1029(b)(2) and (a)(3)

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 Fine or twice the gross gain caused by the offense, or twice the gross loss caused by the offense, whichever is greater / $100 Special Assessment

Count #: 2

Possession of 15 or More Counterfeit or Unauthorized Access Devices, 18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i) and 2

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 Fine or twice the gross gain caused by the offense, or twice the gross loss caused by the offense, whichever is greater / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LINGHAN CHEN

**Case No:** 25-CR-14043 AMC/SMM

Count #: 1

Conspiracy to Possess 15 or More Counterfeit or Unauthorized Access Devices, 18 U.S.C. § 1029(b)(2) and (a)(3)

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 Fine or twice the gross gain caused by the offense, or twice the gross loss caused by the offense, whichever is greater / $100 Special Assessment

Count #: 2

Possession of 15 or More Counterfeit or Unauthorized Access Devices, 18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i) and 2

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 Fine or twice the gross gain caused by the offense, or twice the gross loss caused by the offense, whichever is greater / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.