UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-14043-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CAO YUAN LIU,

          Defendant.
_____/

## DISCOVERY STATUS REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Discovery Status Report, in compliance with the Court's Order Granting the Joint Motion to Extend Motion in Limine Deadline (DE 39), and states as follows:

1. On July 9, 2025, a criminal complaint was issued, charging the Defendant with Possession of 15 or More Counterfeit or Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a)(3). (DE 3).

2. On August 14, 2025, a federal grand jury in the Southern District of Florida returned an Indictment, charging the Defendant with Conspiracy to Possess 15 or More Counterfeit or Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(b)(2), and Possession of 15 or More Counterfeit or Unauthorized Access Devices, in violation of 18 U.S.C. §§ 1029(a)(3) and (c)(1)(A)(i). (DE 32).  The Defendant was arraigned on August 15, 2025. (DE 35).

3. On August 26, 2025, the government filed its initial discovery response and provided the defense the discovery, listed on an Index.  Bates numbers USA_000001-USA_002031 were provided on a 512GB Lexar USB Drive via FedEx on August 11, 2025.  Bates numbers

USA_002032-USA_003716 were provided on an Apricorn external drive, via hand delivery in West Palm Beach, on August 26, 2025. (DE 40).  The discovery, provided on August 26, 2025, contained the cellular phone extractions and jail calls, which were voluminous.

4.  On August 26, 2025, the government filed its second discovery response and provided the defense the discovery listed on the response, Bates numbers USA_003762- USA_003782, via email. (DE 41).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  */s/ Carmen M. Lineberger*
**CARMEN M. LINEBERGER**
Managing Assistant U.S. Attorney
Court ID A5501180
101 South US Highway 1, Suite 3100
Fort Pierce, Florida 34950
Telephone: 772-466-0899
Email: Carmen.Lineberger@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

*/s/ Carmen M. Lineberger*
Carmen M. Lineberger
Managing Assistant U.S. Attorney

**SERVICE LIST**
United States v. Cao Yuan Liu
Case No. 25-CR-14043-AMC/SMM
United States District Court
Southern District of Florida

| **Party** | **Counsel** |
|---|---|
| Plaintiff:<br>United States | Carmen M. Lineberger<br>Assistant United States Attorney<br>101 South US Highway 1, Suite 3100<br>Fort Pierce, Florida 34950<br>Email: Carmen.Lineberger@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Cao Yuan Liu | Edward D. Reagan, P.A.<br>Edward D. Reagan Esq.<br>658 W. Indiantown Road, Suite 209<br>Jupiter, Florida 33458<br>Email: edward.d.reagan@gmail.com<br>**via Notice of Electronic Filing generated by CM/ECF** |