UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-14043-CR-CANNON

UNITED STATES OF AMERICA

vs.

CAO YUAN LIU,
                Defendant.
_____/

## STIPULATED FACTUAL BASIS IN SUPPORT OF GUILTY PLEA AGREEMENT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and CAO YUAN LIU, together with his counsel, admits if this case were to proceed to trial, the government would be able to prove count one of the indictment, which charges the Defendant with Conspiracy to Possess 15 or More Counterfeit or Unauthorized Access Devices, in violation of Title 18, United States Code, §§ 1029(a)(3) and (b)(2). The Defendant, together with his counsel, further admits that if this case were to proceed to trial, the government would be able to prove the following facts, among others, beyond a reasonable doubt.

The Defendant also stipulates that those allegations, elements of the crime, and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty in this case:

Records obtained from Publix, indicate gift card tampering was reported from approximately 42 stores to their security offices, as occurring between January 14, 2024, and December 17, 2024, throughout Florida, including in Saint Lucie, Martin, Palm Beach, Broward, and Miami-Dade counties, in the Southern District of Florida, as well as in the Middle District.

| Date of Incident | Internal Case Number | Store # | City | State |
|---|---|---|---|---|
| 1/14/2024 | 24-MIA-212-FRUD-1 | 212 | PALM BEACH GARDENS | FLORIDA |
| 5/20/2024 | 24-JAX-1181-FRUD-2 | 1181 | KISSIMMEE | FLORIDA |
| 5/21/2024 | 24-JAX-1668-FRUD-5 | 1668 | LONGWOOD | FLORIDA |
| 5/22/2024 | 24-JAX-1179-FRUD-7 | 1179 | KISSIMMEE | FLORIDA |

| | | | | |
|---|---|---|---|---|
| 5/25/2024 | 24-JAX-1388-FRUD-4 | 1388 | WINTER PARK | FLORIDA |
| 6/20/2024 | 24-MIA-652-FRUD-1 | 652 | **MIRAMAR** | FLORIDA |
| 6/20/2024 | 24-MIA-368-FRUD-1 | 368 | **MIRAMAR** | FLORIDA |
| 7/3/2024 | 24-MIA-1424-FRUD-4 | 1424 | **BOYNTON BEACH** | FLORIDA |
| 7/3/2024 | 24-LAK-516-FRUD-3 | 516 | NAPLES | FLORIDA |
| 7/5/2024 | 24-LAK-775-FRUD-7 | 775 | FORT MYERS | FLORIDA |
| 7/8/2024 | 24-LAK-1853-FRUD-3 | 1853 | FORT MYERS | FLORIDA |
| 7/13/2024 | 24-LAK-1534-FRUD-8 | 1534 | TAMPA | FLORIDA |
| 7/20/2024 | 24-JAX-1048-FRUD-4 | 1048 | ORLANDO | FLORIDA |
| 7/20/2024 | 24-JAX-1381-FRUD-8 | 1381 | WINTER PARK | FLORIDA |
| 8/14/2024 | 24-MIA-889-FRUD-2 | 889 | **MIAMI** | FLORIDA |
| 8/26/2024 | 24-MIA-1606-FRUD-3 | 1606 | **DAVIE** | FLORIDA |
| 9/11/2024 | 24-LAK-843-FRUD-2 | 843 | BONITA SPRINGS | FLORIDA |
| 9/11/2024 | 24-LAK-1449-FRUD-1 | 1449 | BONITA SPRINGS | FLORIDA |
| 9/11/2024 | 24-LAK-604-FRUD-2 | 604 | BONITA SPRINGS | FLORIDA |
| 9/11/2024 | 24-LAK-614-FRUD-5 | 614 | ESTERO | FLORIDA |
| 9/12/2024 | 24-LAK-635-FRUD-7 | 635 | NAPLES | FLORIDA |
| 9/12/2024 | 24-LAK-864-FRUD-5 | 864 | FORT MYERS | FLORIDA |
| 9/13/2024 | 24-LAK-1407-FRUD-3 | 1407 | NORTH FORT MYERS | FLORIDA |
| 9/15/2024 | 24-LAK-1372-FRUD-4 | 1372 | SARASOTA | FLORIDA |
| 9/16/2024 | 24-LAK-1882-FRUD-3 | 1882 | SARASOTA | FLORIDA |
| 9/18/2024 | 24-LAK-1447-FRUD-2 | 1447 | BRADENTON | FLORIDA |
| 9/19/2024 | 24-LAK-792-FRUD-8 | 792 | NORTH PORT | FLORIDA |
| 9/22/2024 | 24-LAK-1335-FRUD-7 | 1335 | LARGO | FLORIDA |
| 9/22/2024 | 24-LAK-867-FRUD-7 | 867 | CLEARWATER | FLORIDA |
| 11/23/2024 | 24-MIA-629-FRUD-4 | 629 | **MIAMI GARDENS** | FLORIDA |
| 11/25/2024 | 24-MIA-529-FRUD-1 | 529 | **MIAMI** | FLORIDA |
| 12/14/2024 | 24-MIA-1359-FRUD-2 | 1359 | **RIVIERA BEACH** | FLORIDA |
| 12/15/2024 | 24-MIA-1378-FRUD-1 | 1378 | **PORT SAINT LUCIE** | FLORIDA |
| 12/15/2024 | 24-MIA-1237-FRUD-2 | 1237 | **STUART** | FLORIDA |

| 12/15/2024 | 24-MIA-1284-FRUD-2 | 1284 | **PORT SAINT LUCIE** | **FLORIDA** |
|---|---|---|---|---|
| 12/16/2024 | 24-MIA-340-FRUD-1 | 340 | **PORT SAINT LUCIE** | **FLORIDA** |
| 12/16/2024 | 24-MIA-340-FRUD-1 | 340 | **PORT SAINT LUCIE** | **FLORIDA** |
| 12/16/2024 | 24-MIA-1783-FRUD-2 | 1783 | **STUART** | **FLORIDA** |
| 12/16/2024 | 24-MIA-1014-FRUD-5 | 1014 | **PALM CITY** | **FLORIDA** |
| 12/16/2024 | 24-MIA-577-FRUD-1 | 577 | **PALM CITY** | **FLORIDA** |
| 12/17/2024 | 24-MIA-682-FRUD-4 | 682 | **JENSEN BEACH** | **FLORIDA** |
| 12/17/2024 | 24-MIA-682-FRUD-4 | 682 | **JENSEN BEACH** | **FLORIDA** |

On December 17, 2024, Martin County Sheriff's Office Uniformed Road Patrol was dispatched to Publix in Palm City, Martin County Florida, in reference to a fraud report. K.S. reported that on December 16, 2024, at 7:18 pm, an Asian male and female came into the Publix at 1395 SW Martin Hwy and swapped out gift cards *from* the gift card aisle. K.S. stated this occurred at numerous Publix's throughout the state. As a result, K.S. removed the gift cards the subjects placed there and observed that the pin numbers and ID numbers had been cut out/scratched off. It appears the subjects removed them and placed the cards back so that when the card is activated, they will have access to the funds on the gift cards. K.S. identified seven $100 Amazon gift cards, seven $50 Amazon gift cards, two $20 Macy's gift cards, a $100 Macy's gift card, a $50 Macy's gift card, two $50 Home Depot gift cards, two $100 Home Depot gift cards, a $15 Home Depot gift card, and a $10 Target gift card, for a total of $1,565.00.

Video surveillance from Publix and identified the vehicle as a black Bentley SUV. He obtained photos of the vehicle and suspects and sent the photos to the other Uniformed Road Patrol units working, for them to BOLO (Be On the Look Out).

While canvassing the area for the suspect vehicle, MCSO deputies Gonzalez located the vehicle in the parking lot of "Riverwatch Apartments" located at 2560 NW Dixie Highway, Jensen Beach, Martin County, Florida. After being shown a still photo, taken from the video surveillance, the property manager provided information that the two suspects were staying in apartment 209. Deputies knocked on the door, and a female later identified as CHEN answered, but did not fully open the door. CHEN claimed that she needed to change her clothing and shut the door. After approximately 5 minutes, he knocked on the door again. CHEN asked if he had a search warrant.

3

Approximately 20 minutes later, CHEN, and a male identified as LIU, exited the apartment leaving the door open. When asked for their identification, the two provided New York driver's licenses. MCSO dispatch informed that LIU had an open warrant out of Sarasota, Florida for Scheme to Defraud. The deputy placed LIU in hand restraints and placed him in his patrol vehicle, while another stayed on site at the door of the apartment, with CHEN.

On December 17, 2025, law enforcement executed a residential search warrant at 2560 NW Dixie Highway apartment 209, Jensen Beach, Martin County, Florida. Multiple gift cards were discovered in various locations around the residence, including numerous gift cards that were ripped and attempted to be flushed down a toilet and residual pieces of paper in the toilet, consistent with the gift cards found in the apartment. It appeared the toilet was clogged from the paper being flushed. Several ripped-up gift cards were in the garbage can next to the kitchen. After seizing the vehicle, on December 23, 2024, law enforcement executed a search warrant for the Bentley SUV with New York license plate "LHP6662," where additional gift cards were located.

On April 29, 2025, Publix informed law enforcement that in total 42 Publix stores across Florida were affected by CHEN and LIU's fraudulent activity. The report included pictures of CHEN and LIU inside the stores near or around gift cards isle, each a separate incident within Publix's internal security. At that time, the total value of cards seized from the residence and the vehicle was estimated to be approximately $136,000.

On December 17, 2024, at 09:26 am, Manager F.F. of the Publix, located at 1501 NW Federal Highway, Stuart, Martin County, Florida reported to Stuart Police Detectives that approximately $6,500 worth of gift cards were compromised. F.F. advised that, on December 15, 2024, at approximately 1:00pm, two suspects, later identified as CHEN and LIU, entered the store, walked to the display shelf containing gift cards from different retailers and the female (CHEN) began to take an unknown amount of gift cards off the rack and concealed them within her purse. Shortly after, CHEN removed gift cards from her purse and place them back onto the rack. Both then exited the store without purchasing gift cards and left the property in a dark SUV, which was later identified as a Bentley Bentayga with a New York tag of LHP6662, registered to LIU.

F.F. explained the scheme, advising that while the gift cards appear to be in the original packaging, the unknowing victims would purchase these gift cards and load a monetary value anywhere from $50-$500 on the cards. When the customers arrive at home, they will see that the gift card has been tampered with, because, once the package is opened, the serial number has

4

already been exposed or removed. Once the card is loaded at the Publix by the unsuspecting customer, the suspects would gain access to the card and the money contained within the card, while the customer/victim that purchased the card would be unable to utilize the card they lawfully purchased. F.F. provided SPD Detective Sudhoff with 30 gift cards, which were submitted as evidence, and advised the total face amount of the recovered cards that had been tampered with is $6,500.

In the Publix video, CHEN and LIU are clearly seen together entering the store, walking from the entrance directly to the gift card racks. CHEN reaches up touches gift cards on the second row but doesn't remove any cards. LIU takes out his cellphone and holds it up to the gift cards that CHEN had just touched and briefly holds it there. LIU then grabs gift cards from the 5th row and removes them briefly holding them close to his body. After several seconds, cards are replaced back onto that rack by LIU. CHEN then reaches up to the third row and grabs a large stack of Amazon gift cards with her left hand and conceals them. CHEN uses her left hand again seconds after grabbing the last stack of gift cards and collects more Amazon cards from the third row. It should be noted that CHEN's hand was empty after she collected the first stack, and before grabbing the second stack. CHEN then walks down the aisle out of camera view with both stacks of gift cards. CHEN is out of camera view for several seconds and returns with empty hands. When CHEN returns to LIU then stand next to each other and LIU starts placing Amazon gift cards back onto the top rack. It should be noted that LIU had not removed any Amazon gift cards while at this location, and CHEN did not hand him any gift cards. LIU then replaces one green unknown gift card on the 5th row before he and CHEN walked to the other side of the gift card rack, out of camera view. CHEN briefly walks back to the front of the rack and places two gift cards onto the rack. It does not appear that CHEN removed any card from those locations. CHEN and LIU looked at the rack from the corner for several more seconds, and CHEN holds a gift card under her chin. CHEN and LIU then exit the store passing all points of purchase without completing any transactions.

On December 17, 2024, Martin County Sheriffs' Office provided a BOLO in reference to gift card frauds occurring within the Martin County Sheriff's Office jurisdiction, advising that they were able to identify and locate the suspect vehicle, and arrested CHEN and LIU. In the BOLO, provided by Martin County Sheriff's Office were pictures of CHEN and LIU, who were identified as suspects of the gift card fraud that occurred at several Publix locations. Through this BOLO,

CHEN and LIU were identified as the same suspects as the fraud that occurred at Publix located at 1501 NW Federal Highway, and later from other Publix videos.

After reviewing the video, Assistant Customer Service Manager A.S., provided Stuart PD with a copy of the video and 9 additional tampered gift cards - 4 Sephora gift cards, 3 Home Depot gift cards, 2 Nordstrom gift cards. A.S. advised that after the initial report, they conducted an inspection of the gift card section, and located cards with corners removed, and misaligned packaging. After opening these packages, he observed all the cards had been removed from the packaging and their serial numbers/PINs exposed or removed. These 39 gift cards were all documented and secured into evidence.

On December 16, 2024, at approximately 10:36 am, Publix Manager C.G., of the Publix located at 3253 SW Port St. Lucie Blvd., Port St. Lucie, St Lucie County, Florida, reported that on December 15, 2024 customer attempted to purchase an Amazon gift card, which was declined, due to tampering. As a result, C.G. went over to the gift card rack and conducted an inspection of the gift card section, locating cards with missing pin numbers, altered or partial codes, damaged adhesive and/or relocated scratch strips. The gift cards entered into evidence consisted of the following: 13 x Home Depot, 7 x Macy's, 3 x Lululemon, 4 x Dick`s Sporting Goods, 4 x Amazon Prime, 3 x Sephora, 4 x Foot Locker, 3 x Amazon, 1 x Starbucks, 2 x Target, 4 x Ebay, and 4 x Nordstrom. The 52 cards were estimated to be worth approximately $12,400. C.G. provided a CCTV video surveillance, showing LIU and CHEN enter the store at approximately 2:59 pm, placed several gift cards around the gift card rack and exit the store at approximately 3:02 pm without purchasing any items. They then exited the rear of the parking lot in a newer model black SUV in an unknown direction. At approximately 4:00p.m., C.G. contacted 9-1-1 advising that the same subjects conducted a similar incident at approximately 1:00pm at Publix located at US Highway 1 and Baker Rd. The suspect vehicle captured on their video surveillance determined the vehicle was a "black Genesis SUV" (likely the Bentley) with a white rectangular sticker on the front windshield by the driver side.

On December 18, 2024, at approximately 12:59 pm Port St Lucie Police Department responded to the Publix located at 1125 SE Port St Lucie Blvd, Port St. Lucie, St Lucie County, Florida, in reference to a fraud, which occurred on December 15, 2024. Store Manager K.B. stated she was informed of 2 incidents in which there were a young unknown female and male who entered different Publix Stores. As with the others, on December 15, 2024, video surveillance

shows LIU and CHEN enter the Publix through the entrance door at approximately 1:27 pm. Once inside of the stores the two individuals would walk directly to the gift card section of remove a stack (unknown quantity) of gift cards, conceal them and walk out of the store. While CHEN removed the gift cards, LIU replaced the gift cards with ones that had the numbers removed or scratched off the back. Then both exited through the same door at approximately 1:32 pm. K.B. she found a variety of 33 gift cards that were tampered with and the rear numbers removed. (valued $1,775.00) Those gift cards were submitted into evidence.

On December 19, 2024, at approximately 3:13 pm, manager K.B, of the Publix, located at 228 E Blue Heron Blvd, Riviera Beach, Palm Beach County, Florida 33404, reported that because of the Martin County BOLO, she checked the gift-card display at her Publix location and found several gift-card packages had been noticeably tampered with. K.B. then opened up these "re-sealed" packages and found cards with their card numbers removed. In total, Boyd believed that approximately $1300.00 to $1500.00 of cards have been found and confirmed to be tampered with. Upon this discovery, K.B. checked the surveillance system and found that on December 14, 2024 at 9:50 am, two subjects, LIU and CHEN, were observed on surveillance footage tampering with the gift-card display and that they left the store driving a black "Bentley" automobile. Additionally, between the time when the subjects tampered with the gift card display and the time that K.B. observed the gift card display had been tampered with, K.B. does not know how many defrauded gift cards had been sold by Publix. This bag of cards was later submitted to the Riviera Beach Police Evidence Department.

On Friday, December 20, 2024, at approximately 10:16 am, Publix Customer Service Manager C.P, located at 500 N. US Highway 1, in Tequesta, Palm Beach County, Florida reported that on December 15, 2024, he inspected the Publix gift card rack, and discovered. Upon inspecting the gift cards, C.P. located a total of 16 tampered gift cards, observing that the pin numbers and ID numbers had been cut out/scratched off. It appears the suspects removed the original gift cards from the rack and replaced them with the compromised gift cards (taken from other stores) so that when the card is activated, they will have access to the funds on the gift cards. There were five Amazon cards for $50.00, five Amazon cards for $100.00, four Macy`s cards for $50.00, and two Macy`s (flexible amount) cards for $25.00 - $200.00 for an approximate value of $1,350.00.

On September 19, 2024, three separate Publix locations, within the City of North Port, Sarasota County, Florida, in the Middle District of Florida, reported fraud involving the same two

suspects conducting a gift card fraud scheme. As a result from information received from another store, he located video showing that on September 18, 2024, at 7:02 PM, LU and CHEN entered the Publix, went to the gift card rack and placed "handfuls" of gift cards on the shelf. After he made this discovery, he pulled the gift cards from the shelf, finding a variety of 69 tampered gift cards. Publix's outside camera captured a black in color Bentley SUV. Video footage of the couple was uploaded to evidence.com

While Officer Salsman was investigating the Heron Creek Publix, Officer Berry responded to the Publix at 12165 Mercado Drive and contacted the Manager K.M., who also checked his store for any tampered gift cards and located 22 of them. Video surveillance showed LIU and CHEN on September 17, 2024, at 8:10 pm, at the gift card rack within the store, although the camera angle for the card rack was not advantageous, and one could not see exactly what the suspects were doing. LIU and CHEN were also recorded arriving and leaving in a black Bentley SUV.

K.V. of the Publix at 17179 Tamiami Trail advised she also received an email to be on the lookout for the two suspects. She also checked the rack and located several tampered gift cards. She located Publix surveillance video footage from September 18, 2024, showing LIU and CHEN wearing the same clothing, as they were in the previous frauds, at the gift card rack at 7:15 pm. The video showed LIU and CHEN placing gift cards on the rack inside the store and left the store at 7:17 pm. There was no video footage to be collected, at the time, due to the system being down. In total there 35 tampered gift cards.

In total, LIU and CHEN placed approximately 126 tampered gift cards in the three North Port Publix locations. Investigators found that some of the cards had the pins scratched off while others had the pin portion of the card completely cut off. It appeared that they cut the bottom of some of the cardboard cases used to hold gift cards and attempted to reseal them after removing what information they required to conduct the fraud. Some of the gift cards were loose and the packaging destroyed. All the cards collected were tampered with in a fashion that would allow the suspects access to the important card information, needed to spend whatever amount of money that was loaded onto the card, after an unsuspecting person purchased the gift card.

License plate readers, placed LIU's black Bentley SUV, with a New York license plate of LHP6662 in the area. Detectives also determined that there were license plate hits on that Bentley up and down both the East and West Coast of Florida, including the Orlando area.

After a regional BOLO with suspect information was disseminated by the RTIC, reports were received that the same two suspects committed the same scheme to defraud at two Publix locations, located at 4240 53rd Ave E, Bradenton, Florida 34203 and 8330 Market St, Lakewood Ranch, Florida 34202, in Manatee County, in the Middle District of Florida. These reports were fielded by the Manatee County Sheriff's Office. The reports detailed the same activity as the incidents within North Port, Venice, and Sarasota, two Asian suspects (one male, one female) driving a black in color Bentley SUV placing tampered gift cards on the rack within the Publix location.

A. M., a manager at the Publix at 4240 53rd Ave E, Bradenton, Florida, 34203, described an encounter he had with a male and female Asian couple, in their early 20s, LIU and CHEN, on or about September 21, 2024. A.M. approached the gift card rack and took handfuls of them from the rack. A.M. reported that he approached them and asked what they were doing, and the male suspect responded that they were buying gift cards. The manager said the female suspect appeared to be on the phone during this encounter. The manager said the two suspects exchanged words in a foreign language that he described as "Chinese" before handing him the gift cards and leaving the store.

Based on law enforcement investigations, the total loss associated with the respective values of the gift cards in this case was not more than $250,000.

The parties agree that these facts, which do not include all the facts known to the government and the defendant, are sufficient to prove the elements of the following beyond a reasonable doubt:

Count One: Conspiracy to Possess Fifteen or More Counterfeit or Unauthorized Access Devices, 18 U.S.C. §§ 1029(a)(3) and (b)(2).

> First: Two or more people in some way agreed to try to accomplish a shared and unlawful plan;
>
> Second: The Defendant knew the unlawful purpose of the plan and willfully joined in it;
>
> Third: The plan was to possess fifteen or more counterfeit or unauthorized access devices, with the intent to defraud; and

Fourth:   The defendant's conduct affected interstate or foreign commerce.[1]

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 9/23/25     By: _____
                       CARMEN M. LINEBERGER
                       ASSISTANT UNITED STATES ATTORNEY

Date: 9-23-2025   By: _____
                       EDWARD REAGAN
                       ATTORNEY FOR DEFENDANT

Date: 9-23-2025   By: _____
                       CAO YUAN LIU
                       DEFENDANT

I, ___Hailin Huang___ hereby certify that this document has been translated to the defendant from English to Mandarin Chinese.

---

[1] Adapted from O11.1 11th Circuit Pattern Jury Instruction (2025)